COMMONWEALTH of Pennsylvania,
Respondent

v.

Michael David FERNSLER, Petitioner

No. 779 MAL 2016

Supreme Court of Pennsylvania.

April 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of April, 2017, the Petition for Allowance of Appeal and the Request for Transcripts are **DENIED**.

Vicki L. MCLAUGHLIN and Carol L. MacConnell, Co–Administratrices for the Estate of Dorothy L. Brace, Deceased

v..

GARDEN SPOT VILLAGE and Garden Spot Village of Akron d/b/a Maple Farm Nursing Center and Glenn Hershey

Petition of: Garden Spot Village and Garden Spot Village of Akron d/b/a Maple Farm Nursing Center

No. 764 MAL 2016

Supreme Court of Pennsylvania.

April 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Jose L. GONZALEZ, Jr., Petitioner

No. 775 MAL 2016

Supreme Court of Pennsylvania.

April 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**. The Petition for Leave to Stay is **DENIED**.